Form CGFI14  (10/10/14)

**United States Bankruptcy Court**
**Southern District of Florida**
www.flsb.uscourts.gov

**Case Number:** 13–16222–PGH

**Adversary Number:** 15–01080–PGH

In re:

**Name of Debtor(s):** Unity Shipping Lines, Inc.

―――――――――――――――――――――――――――――――――――――― /

**Soneet Kapila**

Plaintiff(s)

**VS.**

**Maersk–Rickmers U.S. Flag Project Carrier, LLC**

Defendant(s)
―――――――――――――――――――――――――――――――――――――/

ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY <u>BOTH</u> ADVERSARY AND BANKRUPTCY CASE NUMBERS

# SUMMONS AND NOTICE OF PRETRIAL/TRIAL IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court at the address indicated below within 30 days, pursuant to BR 7012, after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

**Flagler Waterview Bldg**
**1515 N Flagler Dr #801**
**West Palm Beach FL 33401**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney
Rilyn A Carnahan Esq.
250 S Australian Ave # 700
W Palm Beach, FL 33401

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012. Pursuant to BR 7007.1, and Local Rule 7003–1(B)(2) corporate defendants must file a corporate ownership statement.

## PRETRIAL CONFERENCE INFORMATION:

Date:  **April 8, 2015**

Time:  **09:30 AM**

Location:  **Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom A, West Palm Beach, FL 33401**

## TRIAL INFORMATION:

### THE TRIAL WILL BE SCHEDULED AT THE PRETRIAL CONFERENCE

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Clerk of Court**

By: Hebe Montygierd
Deputy Clerk

Dated:  February 2, 2015

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

☐ Mail Service: Regular, first class United States mail, postage fully pre–paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _____     Signature: _____

| Print Name: |
| Address: |
| City:          State:          Zip: |