UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:

UNITY SHIPPING LINES, INC., et al.

Debtors.
_____

SONEET R. KAPILA, Trustee in Bankruptcy
for Unity Shipping Lines, Inc., et al,

    Plaintiff,
vs.

MAERSK-RICKMERS U.S. FLAG
PROJECT CARRIER, LLC

    Defendant(s).
_____/

Case No.: 13-16222-PGH
(Substantively Consolidated)

Chapter 7

Adv. Proc. No.:15-01080-PGH

## CERTIFICATE OF SERVICE

I, <u>Rilyn Carnahan, Esq.</u>, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this Summons (ECF#2), copy of the Complaint (ECF#1), Order Setting Filing and Disclosure Requirements (ECF#3) was made on the 9th day of February 2015 by:

    <u>X</u>  Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

    MAERSK-Rickmers U.S. Flag Project Carrier LLC
    c/o The Corporation Trust Company, Registered Agent
    Corporation Trust Center
    1209 Orange Street
    Wilmington, DE 19802

1

21262292:1

MAERSK-Rickmers U.S. Flag Project Carrier LLC
c/o C T Corporation System, Registered Agent
111 Eighth Avenue
New York, NY 10011

MAERSK-Rickmers U.S. Flag Project Carrier LLC
c/o an Officer or Agent Authorized to
Receiver Service of Process
350 Glenborough Dr., Suite 180
Houston, TX 77067

MAERSK-Rickmers U.S. Flag Project Carrier, LLC
350 Glenborough Dr., Suite 180
Houston, TX 77067

Office of the U.S. Trustee
51 S.W. 1st Ave.,
Room 1204,
Miami FL 33130

Under penalty of perjury, I declare that the foregoing to true and correct.

February 9, 2015                              /s/ Rilyn Carnahan

> **Print Name**
> RILYN CARNAHAN, ESQ.
> **Business Address**
> 250 S. Australian Ave., Suite 700
> **City**            **State**                    **Zip**
> West Palm Beach      FL                         33401

2

21262292:1