UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In Re: | Case No.: 13-16222-PGH |
| | (Substantively Consolidated) |
| **UNITY SHIPPING LINES, INC., et al.** | Chapter 7 |
| Debtors. | |
| **SONEET R. KAPILA**, Trustee in Bankruptcy for Unity Shipping Lines, Inc., et al, | |
| Plaintiff, | |
| vs. | Adv. Proc. No.:15-01080-PGH |
| **MAERSK-RICKMERS U.S. FLAG PROJECT CARRIER, LLC** | |
| Defendant(s). | |

**PLAINTIFF'S INITIAL DISCLOSURE
OF WITNESSES AND DOCUMENTS**

Pursuant to the Court's Order Setting Filing and Disclosure Requirements for Pretrial and Trial dated February 2, 2015, the Plaintiff Soneet R. Kapila (the "Plaintiff"), Trustee in Bankruptcy for Unity Shipping Lines, Inc., et al, (the "Debtors"), through undersigned counsel, hereby files his Initial Disclosures as follows:

**WITNESSES**

1.  At the present time, subject to amendment and pursuant to F.R.C.P. 26(a)(1)(A)(i), the Plaintiff intends to rely upon the following witnesses at trial:

    (a)  Soneet R. Kapila, Trustee
         c/o undersigned counsel

         Mr. Kaplia's testimony will include his investigation of the case, the Debtors' Schedules and Statement of Financial Affairs, insolvency of the Debtors, the transfers at issue in the Complaint, and the allegations in the Trustee's Complaint.

(b) Representative of MAERSK-Rickmers U.S. Flag Project Carrier, LLC with the most knowledge as to the allegations in the Trustee's Complaint:
c/o Joshua C. Prever, Esq.
Morgan Lewis & Bockius LLP
200 South Biscayne Boulevard
Suite 5300
Miami, FL 33131-2339

The representative of MAERSK-Rickmers U.S. Flag Project Carrier, LLC's testimony will include facts pertaining to the insolvency of the Debtors, the transfers at issue in the Complaint, the allegations in the Complaint, the business and financial affairs of the Debtors, and the Debtors' operations.

(c) To the extent not listed above, persons with the most knowledge from the Debtors concerning the allegations in the Complaint and the Debtors' financial affairs, solvency or insolvency, and the transfers at issue, the purpose of same, and the consideration exchanged, if any.

(d) Representative from
KapilaMukamal, LLP
1000 S. Federal Highway #200
Fort Lauderdale, FL 33316

KapilaMukamal LLP's testimony will include the insolvency of the Debtors, the transfers at issue in this case, and lack of any reasonably equivalent value provided in exchange for the transfers. An expert report will be provided in a timely manner.

(e) The Debtors' accountants, tax preparers, and financial statement preparers.

(f) Records custodians for any bank records.

(g) Any and all witnesses relied upon by the Defendant.

(h) Anyone associated with the Defendant concerning the allegations of the Complaint.

(i) Any and all rebuttal witnesses as may be deemed necessary.

## DOCUMENTS

1. At the present time, subject to amendment and pursuant to F.R.C.P. 26(a)(1)(A)(ii), the Plaintiff intends to rely upon the following documents at trial:

21738105:1

(a) Copies of the Debtors' Schedules and Statement of Financial Affairs, along with all amendments to same.

(b) Copies of any and all deposition transcripts taken within the main bankruptcy estate and within this adversary proceeding, of all persons, including all attachments and exhibits to same.

(c) The entire docket and any documents included therein in the main bankruptcy case and in this adversary proceeding, including, without limitation, the Debtors' case management summary, any stay relief motions, and any disclosure statements.

(d) Any and all documentation produced by Defendant to the Trustee, or pursuant to discovery requests by the Trustee or the Defendant in this Adversary Proceeding.

(e) Copies of any recording or transcript of the Debtors' §341 meeting of creditors.

(f) All exhibits attached to the Plaintiff's Complaint.

(g) Any and all documents relied upon by the Defendant.

(h) Any and all rebuttal documents as may be deemed necessary.

(i) Bank records and bank account statements of the Debtors, including checks, and including any information in the possession of any banks, including notes, mortgages, and appraisals.

(j) Any financial records of the Debtors.

(k) The Debtors' tax returns.

(l) Any documents relied upon by KapilaMukamal, LLP.

(m) KapilaMukamal, LLP's expert report.

(n) Proofs of claim filed in this case.

(o) All files of the Debtors.

(p) Bank records of any Defendant relating to the allegations in the Complaint, including checks.

(q) Correspondence between the Trustee or his counsel and Defendant or his counsel

(r) Claim Register and claims filed in the bankruptcy case.

21738105:1

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the parties listed below in the manner indicated, on this the 9th day of March 2015.

GREENSPOON MARDER, P.A.

/s *Rilyn A. Carnahan* _____
MICHAEL R. BAKST, ESQ.
Florida Bar No.: 866377
RILYN A. CARNAHAN, ESQ.
Florida Bar No.: 614831
Attorneys for Trustee
CityPlace Tower
525 Okeechobee Blvd., Suite 1570
West Palm Beach FL 33401
(561) 838-4557
(561) 514-3457 (facsimile)

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

21738105:1

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the parties listed below in the manner indicated, on this the 9th day of March 2015.

GREENSPOON MARDER, P.A.

/s *Rilyn A. Carnahan* _____
MICHAEL R. BAKST, ESQ.
Florida Bar No.: 866377
RILYN A. CARNAHAN, ESQ.
Florida Bar No.: 614831
Attorneys for Trustee
CityPlace Tower
525 Okeechobee Blvd., Suite 1570
West Palm Beach FL 33401
(561) 838-4557
(561) 514-3457 (facsimile)

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Rilyn A Carnahan    rilyn.carnahan@gmlaw.com, efileu1092@gmlaw.com;efileu1089@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;lauren.baio@gmlaw.com;gregory.stolzberg@gmlaw.com
- Joshua C Prever    jprever@morganlewis.com, rbrochin@morganlewis.com;pmartinez@morganlewis.com

21738105:1