UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

UNITY SHIPPING LINES, INC., et al.,   Chapter 11

    Debtors.

Case No.:   13-16222-PGH
Case No.:   13-16247-PGH
Case No.:   13-16261-PGH
Case No.:   13-16265-PGH
(jointly administered)

_____/

YACHT PATH INTERNATIONAL, INC.,

    Plaintiff,

vs.                                          Adversary No. 13-01293-PGH

HENRY MANDIL,

    Defendant.

_____/

## ANSWER

Defendant, Henry Mandil, by and through undersigned counsel, Answers the Adversary Complaint, and states:

1. The allegations of Paragraphs 1, 2, 3, 6, 7, 9, 11, 14, 15, 16, 17 and 20 are admitted.

2. The allegations of Paragraphs 10, 12, 18, 19, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32 and 33 are denied.

3. Defendant is without knowledge as to Paragraphs 4, 5, 8 and 13 which are therefore denied.

4. Any allegation not responded to is denied.

WHEREFORE, Defendant requests that Plaintiff take nothing by this action, and that Defendant be awarded his attorney's fees and costs incurred herein.

I HEREBY CERTIFY that on May 8, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronic Notices of Electronic Filing.

**MINERLEY FEIN, P.A.**
*Attorneys for Henry Mandil*
1200 N. Federal Highway, Suite 420
Boca Raton, FL  33432
Phone: 561/362-6699
Fax:     561/447-9884

By: s/Andrew K. Fein
      Andrew K. Fein
      Fla. Bar No. 956430