

ORDERED in the Southern District of Florida on March 31, 2015.

Paul G. Hyman, Jr.
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:

UNITY SHIPPING LINES, INC., et al.

Debtors.
_____/

Case No.: 13-16222-PGH
(Substantively Consolidated)

Chapter 7

SONEET R. KAPILA, Trustee in
Bankruptcy for Unity Shipping Lines, Inc.,
et al,

  Plaintiff,

vs.

MAERSK-RICKMERS U.S. FLAG
PROJECT CARRIER, LLC

  Defendant(s).
_____/

Adv. Proc. No.: 15-01080-PGH

### AMENDED ORDER
### CONTINUING PRETRIAL CONFERENCE
### AND EXTENDING ALL RELATED DEADLINES

(P.H.)

**THIS MATTER** came before the Court on March 30, 2015, upon the Agreed Motion to Continue Pretrial Conference and Amend Order Extending All Related Deadlines (the "Motion") (ECF No. 11 ) The Court, having considered the Motion and being otherwise fully advised in the premises, hereby **ORDERS AND ADJUDGES** that:

1. The Motion is **GRANTED**.

2. The Pretrial Conference in this matter is hereby **CONTINUED** to August 11, 2015 at 9:30 a.m. (the "Continued Pretrial Conference Date") at the United States Bankruptcy Court, 1515 N. Flagler Drive, Courtroom A, 8th Floor, West Palm Beach, Florida 33401.

3. The deadlines set forth in Paragraphs 1(a) (right to jury trial; waiver), 1(b) (objection to entry of final orders and judgments by the bankruptcy court), 2 (disclosures), 3 (discovery), 4 (joint pretrial stipulation), 7 (documents required before trial), and 10 (dispositive motions) of this Court's *Order Setting Filing and Disclosure Requirements for Pretrial and Trial* (the "Deadline Order) (ECF No. 3) shall be calculated based on the Continued Pretrial Conference Date.

4. All other provisions of the Deadline Order remain in full force and effect to the extent not inconsistent with this order.

###

Copies furnished to:
Rilyn A. Carnahan, Esq.

*Joshua C. Prever, Esq. is directed to serve a copy of this order on all appropriate parties and to file a certificate of service with the Court.*

2