

ORDERED in the Southern District of Florida on June 8, 2015.

Paul G. Hyman, Jr.
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | CASE NO.: 13-16222-BKC-PGH |
| **Unity Shipping Lines, Inc.,** | CHAPTER 7 |
| Debtor(s).          / | |
| **Soneet Kapila,** | ADV. NO.: 15-1080-BKC-PGH-A |
| Plaintiff, | |
| v. | |
| **Maersk-Rickmers U.S. Flag Project Carrier, LLC,** | |
| Defendant.          / | |

**ORDER (1) CONTINUING PRETRIAL CONFERENCE AND (2) SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS (ECF NO. 25)**

**THIS MATTER** came before the Court on June 3, 2015, upon Maersk-Rickmers U.S. Flag Project Carrier, LLC's (the "Defendant") *Motion to Dismiss* (the "Motion") (ECF No. 25) Trustee Soneet Kapila's (the "Plaintiff") *Complaint* (ECF No. 1). The Court, being fully advised in the premises, hereby **ORDERS AND ADJUDGES** that:

1

1.      The Pretrial Conference in the above-captioned adversary proceeding is continued to **September 1, 2015, at 9:30 a.m.**, at the United States Bankruptcy Court, Flagler Waterview Building, 1515 North Flagler Drive, Courtroom A, 8th Floor, West Palm Beach, Florida, 33401. The Court's *Order Setting the Filing and Disclosure Requirements for Pretrial and Trial* shall remain in full force and effect, except that the deadlines for filing and disclosure requirements for pretrial and trial will be based off of the new Pretrial Conference date.

2.      The Plaintiff has until **June 29, 2015**, to respond to the Defendant's Motion. Within such time, the Plaintiff may file a responsive pleading(s), along with a memorandum and/or affidavits if appropriate. The title of the responsive pleading(s) shall reference the title of the original Motion. Failure to file a timely Response may result in the Court granting the Motion.

3.      The Defendant will then have until **July 10, 2015**, to file a Reply to the Plaintiff's Response(s). The Reply's title shall reference the title of the original Motion.

###

Copies Furnished To:

Rilyn A Carnahan, Esq.

Joshua C Prever, Esq.