**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:                                                    Case No.: 13-16222-PGH
                                                          (Substantively Consolidated)
**UNITY SHIPPING LINES, INC., et al.**
                                                          Chapter 7
           Debtors.
_____

**SONEET R. KAPILA, Trustee in Bankruptcy**
**for Unity Shipping Lines, Inc., et al,**

        **Plaintiff,**

**vs.**                                                   Adv. Proc. No.:15-01080-PGH

**MAERSK-RICKMERS U.S. FLAG**
**PROJECT CARRIER, LLC**

        **Defendant(s).**
_____/

### PLAINTIFF'S NOTICE OF FILING MOTION TO APPROVE STIPULATION TO COMPROMISE CONTROVERSY WITH MAERSK RICKMERS U.S. FLAG PROJECT CARRIER AND RICKMERS-LINIE (AMERICA), INC. AND PAY GENERAL COUNSEL'S CONTINGENT FEE AND EXPENSES FROM SETTLEMENT PROCEEDS, FILED IN MAIN CASE [ECF NO. 602]

The Plaintiff, Soneet Kapila, Trustee in Bankruptcy for Unity Shipping Lines, Inc., by and through undersigned counsel, files this Notice of Filing Motion to Approve Stipulation to Compromise Controversy With Maersk-Rickmers U.S. Flag Project Carrier, LLC and Rickmers-Linie (America), Inc. and Pay General Counsel's Contingent Fee and Expenses From Settlement Proceeds, Filed in Main Case [ECF No. 602].

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

22702855:1

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to

all parties listed below, and in the manner indicated on this 14th day of August, 2015.

**GREENSPOON MARDER, P.A.**

*/s/ Rilyn A. Carnahan*
MICHAEL R. BAKST, ESQ.
Florida Bar No.: 866377
RILYN A. CARNAHAN, ESQ.
Florida Bar No. 614831
Attorneys for Trustee
CityPlace Tower
525 Okeechobee Blvd, Suite 1570
West Palm Beach FL 33401
(561) 838-4557
(561) 514-3457 (facsimile)
Email: rilyn.carnahan@gmlaw.com

**Electronic Mail Notice List**

- Rilyn A Carnahan    rilyn.carnahan@gmlaw.com,
  efileu1092@gmlaw.com;efileu1089@gmlaw.com;melissa.bird@gmlaw.com;efileu1435
  @gmlaw.com;efileu1094@gmlaw.com;efileu1093@gmlaw.com;gregory.stolzberg@gml
  aw.com
- Joshua C Prever    jprever@morganlewis.com, pmartinez@morganlewis.com

**Manual Notice List**

- No Manual Recipients

22702855:1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In Re:                                                            Case No.: 13-16222-PGH
                                                                 **(Substantively Consolidated)**

**UNITY SHIPPING LINES, INC., et al.**

                                                   **Chapter 7**

                Debtors.

_____/

### MOTION TO APPROVE STIPULATION TO COMPROMISE CONTROVERSY WITH MAERSK-RICKMERS U.S. FLAG PROJECT CARRIER, LLC AND RICKMERS-LINIE (AMERICA), INC. AND TO PAY GENERAL COUNSEL'S CONTINGENT FEE AND EXPENSES FROM SETTLEMENT PROCEEDS

        The Trustee, Soneet R. Kapila, by and through undersigned counsel, hereby files this Motion to Approve Stipulation to Compromise Controversy between Soneet R. Kapila, Trustee on the one hand, and Maersk-Rickmers U.S. Flag Project Carrier, LLC ("Maersk-Rickmers") and Rickmers-Linie (America), Inc. ("Rickmers Linie") (Collectively, The "Defendants") on the other (the Trustee and the Defendants shall be referenced collectively as "Parties"), and to Pay General Counsel's Contingent Fee and Expenses from Settlement Proceeds and states:

        1.      Attached hereto as Exhibit "A" is a copy of a Stipulation to Compromise Controversy ("Stipulation") that has been entered between the Trustee and the Defendants.

        2.      This action was commenced by the filing of voluntary Chapter 11 bankruptcy petitions for Unity Shipping Lines, Inc. (lead bankruptcy case number 13-16222-PGH), Yacht Path International, Inc. (bankruptcy case number 13-16247-PGH), Yacht Path Palm Beach, Inc. (bankruptcy case number 13-16261-PGH), and Unity Marine, Inc. (case number 13-16265-PGH) (each referenced as a "Debtor" and collectively referenced as "Debtors" and the Debtors are all substantively consolidated under case number 13-16222-PGH) on March 20, 2013 ("Petition

Date").

3.     On November 13, 2013, this case was converted to on under Chapter 7 (ECF#378).

4.     Soneet R. Kapila is the duly appointed and qualified Chapter 7 Trustee.

5.     The Trustee contends that the Debtors made transfers totaling $200,000.00 to Maersk-Rickmers, and transfers totaling $130,000.00 to Rickmers-Linie (collectively, the "Transfers") within ninety days prior to the Petition Date.

6.     Accordingly, the Trustee contends that he has grounds to avoid and recover those Transfers pursuant to 11 U.S.C. §§ 547 and 550 (the "Claims").

7.     Trustee commenced adversary proceedings against Maersk-Rickmers (adversary proceeding number 15-01080-PGH) and against Rickmers-Linie (adversary proceeding number 15-01089-PGH) on January 30, 2015 and February 3, 2015 respectively, seeking to avoid and recover the Transfers pursuant to 11 U.S.C. §§ 547 and 550.

8.     The Defendants assert that they have defenses to such Claims.

9.     The Parties seek to resolve the Claims pursuant to the attached Stipulation, which provides for the Defendants to pay seventy-six thousand dollars ($76,000.00) ("Settlement Sum") to the Trustee within thirty (30) days of the date on which the order entered by the Bankruptcy Court approving the Stipulation becomes a Final Order[1]; as well as certain mutual releases and other provisions.

10.     This Motion provides only a summary of the terms of the settlement, and thus the Trustee encourages all creditors not to rely upon this motion and to read the Stipulation in full for more details pertaining to the settlement.

---

[1] The order shall become a Final Order when the time for seeking reconsideration or reargument or taking an appeal has expired or, in the event an appeal has been taken, the day the order has been affirmed with no further right of appeal, reconsideration or reargument.

22628670.1

11.     This Stipulation and motion are being noticed to all creditors pursuant to Federal Rule of Bankruptcy Procedure 9019.

12.     The legal principles to be applied in evaluating a proposed settlement have been enunciated upon within the Southern District of Florida in *In re Arrow Air, Inc.*, 85 B.R. 886 (Bankr. S.D.Fla. 1988). The appropriate test is "whether the compromise falls below the lowest point in the range of reasonableness". Id. at 891, citing, *In re Teltronics Services, Inc.*, 762 F.2d 185, 189 (2nd Cir. 1985); *In re W.T. Grant Company*, 699 F.2d 599, 608 (2nd Cir. 1983). The Trustee believes that this settlement agreement more than complies with the legal principles relied upon within these authorities.

13.     The Eleventh Circuit provides that when a bankruptcy court decides whether to approve or disapprove a settlement, it must consider:

  i.      the probability of success in the litigation;

  ii.     the difficulties, if any, to be encountered in the matter of collection;

  iii.    the complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it; and

  iv.     the paramount interest of the creditors and a proper deference to their reasonable view in the premises.

*In re Justice Oaks II, Ltd,* 898 F.2d 1544 (11th Cir. 1990).

14.     With regard to these factors, the following is a detailed analysis:

(a)     Specifically, when weighing the settlement agreement with the probability of success in the litigation, payment of the settlement amounts under the settlement agreement will avoid the difficulty and expense and time delays incumbent in litigation of the Adversary

3

Proceeding.  While the Trustee believes that her claims are meritorious, and that the defenses asserted by the Defendants may be overcome, the Defendants have asserted significant defenses to the claims asserted by the Trustee in the Adversary Proceeding and have denied some of the Trustee's allegations.  Accordingly, the Trustee recognizes that this Adversary Proceeding involves complicated factual determinations (typically made on a case-by-case basis) and the potential for extended litigation involving costly and time consuming discovery related to factual issues, and an uncertain result.

(b)    With regard to the difficulties, if any, to be encountered in the matter of collection, the Trustee has evaluated the risks of collection and does not believe he would have difficulty collecting on a judgment that may be obtained by the Estate.

(c)    With regard to the complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it, given the defenses raised by the Defendants, the Trustee submits that the complexity of the litigation involved, and the expense, inconvenience, and delay necessarily attendant to litigating adversary proceedings to judgment, to achieve substantially similar results negotiated under the Stipulation, is cost prohibitive to the Estate. Indeed avoiding the delays and uncertainty inherent in this litigation will provide much more of a benefit to this Estate.

(d)    With regard to the paramount interest of the creditors and a proper deference to their reasonable view in the premises, again, for the reasons already articulated, the Trustee reached this settlement at arms length with the Defendants and believes that it is in the best interests of the estate, and will consider the positions of creditors with a proper deference toward their reasonable views.

15.     The Trustee has evaluated the settlement while considering all of the factors required by the Eleventh Circuit and supports its approval by the Court as being in compliance with the factors, and being in the best interest of creditors and the estate.

16.     Finally, this Court has approved of a 30% contingent fee for the Trustee's general counsel in connection with avoidance claims [ECF # 521].  The Trustee requests that this Court approve of disbursement to his general counsel of its 30% contingent fee ($22,800.00) from the settlement proceeds as well as reimbursement to his general counsel for the $350.00 filing fee for both Complaints in the Adversary Proceedings totaling $700.00, as well as the costs of serving this Motion and the Notice of hearing and the Order on same, in the amount of $953.04 ($ 673.20 for copies and $279.84 for postage).

**WHEREFORE**, the Trustee, Soneet R. Kapila, by and through undersigned counsel, respectfully requests that the Court enter an order approving stipulation to compromise controversy and permit the Trustee to pay to Greenspoon Marder, P.A. its 30% contingent fee and to reimburse to Greenspoon Marder, P.A., the $700.00 in filing fees, from the settlement proceeds, as well as reimburse Greenspoon Marder, P.A. for the costs of service in the amount of $953.04, for a total of $24,453.04 plus grant such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to all parties listed below, and in the manner indicated on this 14th day of August, 2015.

GREENSPOON MARDER, P.A.

*/s/ Rilyn A. Carnahan*
MICHAEL R. BAKST, ESQ.
Florida Bar No.: 866377
RILYN A. CARNAHAN, ESQ.
Florida Bar No. 614831
Attorneys for Trustee
CityPlace Tower
525 Okeechobee Blvd, Suite 1570
West Palm Beach FL 33401
(561) 838-4557
(561) 514-3457 (facsimile)
Email: rilyn.carnahan@gmlaw.com

## Mailing List for 13-16222-PGH

## Electronic Mail Notice List

- Michael R. Bakst    efileu1094@gmlaw.com, FL65@ecfcbis.com;efileu1092@gmlaw.com;efileu1093@gmlaw.com;efileu1733@gmlaw.com
- Jeffrey P. Bast    jbast@bastamron.com, jdepina@bastamron.com;kjones@bastamron.com;jmiranda@bastamron.com;dtimpone@bastamron.com;mdesvergunat@bastamron.com
- Alvin F Benton    alvin.benton@hklaw.com
- Alexandra D Blye    ablye@cfjblaw.com, kdemar@cfjblaw.com;wpbecf@cfdom.net
- Rilyn A Carnahan    rilyn.carnahan@gmlaw.com, efileu1092@gmlaw.com;efileu1089@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;lauren.baio@gmlaw.com;gregory.stolzberg@gmlaw.com
- Miguel M Cordano    mc@lgplaw.com, lbr@lgplaw.com;hwl@lgplaw.com
- Morgan B. Edelboim    medelboim@bastamron.com, mdesvergunat@bastamron.com;jmiranda@bastamron.com;dtimpone@bastamron.com
- Andrew K Fein    drew@minerleyfein.com, fileclerk@minerleyfein.com;litigation@minerleyfein.com
- Andrew K Fein    drew@minerleyfein.com, fileclerk@minerleyfein.com;litigation@minerleyfein.com
- Allison L Friedman    ralfriedman@hotmail.com
- Robert C Furr    bnasralla@furrcohen.com, atty_furrcohen@bluestylus.com
- Andrew J High    ahigh@luxurylawgroup.com
- Robert L. Jennings    hbrj@aol.com, service.rljpa@gmail.com

- Soneet Kapila     trustee@kapilaco.com, ecf.alert+Kapila@titlexi.com
- Todd M LaDouceur     tladouceur@gjtbs.com, kbragg@gjtbs.com
- Bernice C. Lee     blee@sfl-pa.com, vchapkin@sfl-pa.com;dwoodall@sfl-pa.com;ddeluca@sfl-pa.com
- Bernice C. Lee     blee@sfl-pa.com, vchapkin@sfl-pa.com;dwoodall@sfl-pa.com;ddeluca@sfl-pa.com
- Mark A Levy     mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- Laudy Luna     ll@lgplaw.com, de@lgplaw.com
- Robert D McIntosh     rdm@mcintoshschwartz.com, kbrown@mcintoshschwartz.com;wxs@mcintoshschwartz.com;acooke@mcintoshschwartz.com
- Kenneth L Minerley     ken@minerleyfein.com, litigation@minerleyfein.com;fileclerk@minerleyfein.com
- Arthur C. Neiwirth     aneiwirthcourt@qpwblaw.com
- Arthur C. Neiwirth     aneiwirthcourt@qpwblaw.com
- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov
- Scott Alan Orth     scott@orthlawoffice.com, notices@orthlawoffice.com,eservicesao@gmail.com
- Joshua C Prever     jprever@morganlewis.com, rbrochin@morganlewis.com;pmartinez@morganlewis.com
- David A Ray     dray@draypa.com, draycmecf@gmail.com;sramirez.dar@gmail.com;bkc@draypa.com
- Ricardo A Reyes     rar@tobinreyes.com, april@tobinreyes.com;eservice@tobinreyes.com
- David Samole     das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com
- Esperanza Segarra     esegarra@hinshawlaw.com, clucas@hinshawlaw.com
- Zach B Shelomith     zshelomith@lslawfirm.net, jleiderman@lslawfirm.net;fplechacdiaz@lslawfirm.net;zshelomith@ecf.inforuptcy.com
- Bradley S Shraiberg     bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;vchapkin@sfl-pa.com;lrosetto@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com;bshraibergecfmail@gmail.com;ddeluca@sfl-pa.com
- Amy E Stoll     astoll@barnettbolt.com, jhicks@barnettbolt.com;ltimmons@barnettbolt.com
- Billie Tarnove     tarnoveb@comcast.net
- Charles M Tatelbaum     cmt@trippscott.com, lxc@trippscott.com;jlr@trippscott.com;cvp@trippscott.com
- Barry Seth Turner     barry.turner@gmlaw.com, efileu1092@gmlaw.com;efileu1088@gmlaw.com;efileu1094@gmlaw.com;efileu1435@gmlaw.com;lauren.baio@gmlaw.com;Bankruptcy@gmlaw.com;gregory.stolzberg@gmlaw.com
- Michelle O Valdes     mov@chaloslaw.com

**Manual Notice List**

Christopher G Bass
411 Walnut St #9147
Green Cove Springs, FL 32043

Ashraf H Boutros
2100 East Sample Rd #202
Lighthouse Point, FL 33064

Rilyn A. Carnahan
c/o Greenspoon Marder, P.A.
250 S. Australian Ave.
Suite 700
West Palm Beach, FL 33401

Richard T. Chapman
One O'Connor Plaza, 7th Floor
POB 1969
Victoria, TX 77902

Joseph Ehrlich
425 California St #2025
San Francisco, CA 94104

Corey E Hoffman
3250 Mary St #400
Coconut Grove, FL 33133

Douglas D Holthaus
Holthaus & Associates
419 La Crescentia Dr
San Diego, CA 92106

William M Iadarola
6B Liberty #245
Aliso Viejo, CA 92656

Soneet Kapila
c/o Kapila & Company
1000 South Federal Highway
Suite 200
Fort Lauderdale, FL 33316

Soneet R. Kapila
Kapila & Company
1000 S. Federal Highway, #200
Fort Lauderdale, FL 33316

James F Martin
ACM Capital Partners
200 South Biscayne Blvd
7th Flr
Miami, FL 33131

Kenneth L. Minerley
Minerley Fein, P.A.
1200 North Federal Highway
Suite 420
Boca Raton, FL 33432

Kunle Ogundele
POB 3382
Atlanta, GA 30302

John A. Orzel
120 Mountain View Blvd
Basking Ridge, NJ 07920

Neal & Lynn Parker
7001 Seaview Ave NW #160-552
Seattle, WA 98117

David A. Ray, P.A.
David A. Ray, P.A.
901 South Federal Highway
Suite 300
Ft. Lauderdale, FL 33316

James Taylor
CMR 427, BOX 2703
APO, AE 09630

Lloyd Taylor
630 SW Alice St
Portland, OR 97219

Tianjin Cosco Shipping Co., Ltd.
Attn: Vincent Xu
Guangzhou Ocean Plaza
20 Huacheng Ave Tianhe District
Guangzhou,

**As well as:**

Michael Holbein, Esq.
171 17th Street NW
Suite 2100
Atlanta, Georgia 30363

Michael.Holbein@AGG.com

Darryl S. Laddin, Esq.
171 17th Street NW
Suite 2100
Atlanta, Georgia 30363

Darryl.Laddin@AGG.com

**All Creditors on the Court's Master Creditor Matrix (and pursuant to the shortened notice list as approved by the Court)**

# Mailing List for 13-16247-PGH

## Electronic Mail Notice List

- Michael R. Bakst     efileu1094@gmlaw.com,
  FL65@ecfcbis.com;efileu1092@gmlaw.com;efileu1093@gmlaw.com;efileu1733@gmlaw.com
- Rilyn A Carnahan     rilyn.carnahan@gmlaw.com,
  efileu1092@gmlaw.com;efileu1089@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;lauren.baio@gmlaw.com;gregory.stolzberg@gmlaw.com
- Robert L. Jennings     hbrj@aol.com, service.rljpa@gmail.com
- Soneet Kapila     trustee@kapilaco.com, ecf.alert+Kapila@titlexi.com
- Bernice C. Lee     blee@sfl-pa.com, vchapkin@sfl-pa.com;dwoodall@sfl-pa.com;ddeluca@sfl-pa.com
- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov
- Ricardo A Reyes     rar@tobinreyes.com, april@tobinreyes.com;eservice@tobinreyes.com
- Bradley S Shraiberg     bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;vchapkin@sfl-pa.com;lrosetto@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com;bshraibergecfmail@gmail.com;ddeluca@sfl-pa.com

- Michelle O Valdes     mov@chaloslaw.com

## Manual Notice List

Christopher G Bass
411 Walnut St #9147
Green Cove Springs, FL 32043

Richard T. Chapman
One O'Connor Plaza, 7th Floor
POB 1969
Victoria, TX 77902

Creditor Committee

William M Iadarola
6B Liberty #245
Aliso Viejo, CA 92656

Soneet Kapila
c/o Kapila & Company
1000 South Federal Highway
Suite 200
Fort Lauderdale, FL 33316

Steven Scarpa, Manager Marin International Yacht Sales LLC
235 Posada Del Sol
Novato, CA 94949

Lloyd Taylor
630 SW Alice St
Portland, OR 97219

**All Creditors on the Court's Master Creditor Matrix (and pursuant to the shortened notice list as approved by the Court)**

## Mailing List for 13-16261-PGH

## Electronic Mail Notice List

- Michael R. Bakst    efileu1094@gmlaw.com,
  FL65@ecfcbis.com;efileu1092@gmlaw.com;efileu1093@gmlaw.com;efileu1733@gmlaw.com
- Rilyn A Carnahan    rilyn.carnahan@gmlaw.com,
  efileu1092@gmlaw.com;efileu1089@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;lauren.baio@gmlaw.com;gregory.stolzberg@gmlaw.com
- Soneet Kapila    trustee@kapilaco.com, ecf.alert+Kapila@titlexi.com
- Bernice C. Lee    blee@sfl-pa.com, vchapkin@sfl-pa.com;dwoodall@sfl-pa.com;ddeluca@sfl-pa.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Bradley S Shraiberg    bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;vchapkin@sfl-pa.com;lrosetto@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com;bshraibergecfmail@gmail.com;ddeluca@sfl-pa.com

## Manual Notice List

Christopher Bass
411 Walnut St #9147
Green Cove Springs, FL 32043

William M Iadarola
6B Liberty #245
Aliso Viejo, CA 92656

Soneet Kapila
c/o Kapila & Company
1000 South Federal Highway
Suite 200
Fort Lauderdale, FL 33316

**All Creditors on the Court's Master Creditor Matrix (and pursuant to the shortened notice list as approved by the Court)**

## Mailing List for 13-16265-PGH

## Electronic Mail Notice List

- Michael R. Bakst    efileu1094@gmlaw.com,
  FL65@ecfcbis.com;efileu1092@gmlaw.com;efileu1093@gmlaw.com;efileu1733@gmlaw.com

- Rilyn A Carnahan    rilyn.carnahan@gmlaw.com,
  efileu1092@gmlaw.com;efileu1089@gmlaw.com;efileu1435@gmlaw.com;efileu1094@g
  mlaw.com;lauren.baio@gmlaw.com;gregory.stolzberg@gmlaw.com
- Soneet Kapila    trustee@kapilaco.com, ecf.alert+Kapila@titlexi.com
- Bernice C. Lee    blee@sfl-pa.com, vchapkin@sfl-pa.com;dwoodall@sfl-
  pa.com;ddeluca@sfl-pa.com
- Arthur C. Neiwirth    aneiwirthcourt@qpwblaw.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Bradley S Shraiberg    bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;vchapkin@sfl-
  pa.com;lrosetto@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-
  pa.com;bshraibergecfmail@gmail.com;ddeluca@sfl-pa.com

## Manual Notice List

Christopher Bass
411 Walnut St #9147
Green Cove Springs, FL 32043

Soneet Kapila
c/o Kapila & Company
1000 South Federal Highway
Suite 200
Fort Lauderdale, FL 33316

**All Creditors on the Court's Master Creditor Matrix (and pursuant to the shortened notice list as approved by the Court)**

**MASTER SERVICE LIST**
**UNITY SHIPPING LINES, INC. et al.**
Case No.: 13-16222-PGH
13-16247-PGH
13-16261-PGH
13-16265-PGH

## Electronic Mail Notice List

- Michael R. Bakst    efileu1094@gmlaw.com,
  FL65@ecfcbis.com;efileu1092@gmlaw.com;efileu1093@gmlaw.com;efileu1733@gmlaw.com
- Jeffrey P. Bast    jbast@bastamron.com,
  jdepina@bastamron.com;kjones@bastamron.com;jmiranda@bastamron.com;dtimpone@bastamron.com;mdesvergunat@bastamron.com
- Alvin F Benton    alvin.benton@hklaw.com
- Alexandra D Blye    ablye@cfjblaw.com, kdemar@cfjblaw.com;wpbecf@cfdom.net
- Rilyn A Carnahan    rilyn.carnahan@gmlaw.com,
  efileu1092@gmlaw.com;efileu1089@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;efileu1093@gmlaw.com
- Miguel M Cordano    mc@lgplaw.com, lbr@lgplaw.com;hwl@lgplaw.com
- Morgan B. Edelboim    medelboim@bastamron.com,
  mdesvergunat@bastamron.com;jmiranda@bastamron.com;dtimpone@bastamron.com
- Andrew K Fein    drew@minerleyfein.com,
  fileclerk@minerleyfein.com;litigation@minerleyfein.com
- Andrew K Fein    drew@minerleyfein.com,
  fileclerk@minerleyfein.com;litigation@minerleyfein.com
- Allison L Friedman    ralfriedman@hotmail.com
- Andrew Fulton IV    andrew@kelleylawoffice.com, martha@kelleylawoffice.com
- Robert C Furr    bnasralla@furrcohen.com, atty_furrcohen@bluestylus.com
- Andrew J High    ahigh@luxurylawgroup.com
- Robert L. Jennings    hbrj@aol.com, service.rljpa@gmail.com
- Soneet Kapila    trustee@kapilaco.com, ecf.alert+Kapila@titlexi.com
- Todd M LaDouceur    tmlservice@gallowayjohnson.com, jhines@gallowayjohnson.com
- Bernice C. Lee    blee@sfl-pa.com, vchapkin@sfl-pa.com;dwoodall@sfl-pa.com;ddeluca@sfl-pa.com
- Bernice C. Lee    blee@sfl-pa.com, vchapkin@sfl-pa.com;dwoodall@sfl-pa.com;ddeluca@sfl-pa.com
- Mark A Levy    mark.levy@brinkleymorgan.com,
  sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- Laudy Luna    ll@lgplaw.com, de@lgplaw.com
- Robert D McIntosh    rdm@mcintoshschwartz.com,
  kbrown@mcintoshschwartz.com;wxs@mcintoshschwartz.com;acooke@mcintoshschwartz.com

- Kenneth L Minerley    ken@minerleyfein.com, litigation@minerleyfein.com;fileclerk@minerleyfein.com
- Arthur C. Neiwirth    aneiwirthcourt@qpwblaw.com
- Arthur C. Neiwirth    aneiwirthcourt@qpwblaw.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Scott Alan Orth    scott@orthlawoffice.com, notices@orthlawoffice.com,eservicesao@gmail.com
- Jimmy D. Parrish    jparrish@bakerlaw.com, OrlBakerDocket@bakerlaw.com;genriquez@bakerlaw.com
- Joshua C Prever    jprever@morganlewis.com, pmartinez@morganlewis.com
- David A Ray    dray@draypa.com, draycmecf@gmail.com;sramirez.dar@gmail.com;bkc@draypa.com
- Ricardo A Reyes    rar@tobinreyes.com, april@tobinreyes.com;eservice@tobinreyes.com
- David Samole    das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com
- Esperanza Segarra    esegarra@hinshawlaw.com, clucas@hinshawlaw.com
- Zach B Shelomith    zshelomith@lslawfirm.net, jleiderman@lslawfirm.net;fplechacdiaz@lslawfirm.net;zshelomith@ecf.inforuptcy.com
- Bradley S Shraiberg    bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;vchapkin@sfl-pa.com;lrosetto@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com;bshraibergecfmail@gmail.com;ddeluca@sfl-pa.com
- Amy E Stoll    astoll@barnettbolt.com, jhicks@barnettbolt.com;ltimmons@barnettbolt.com
- Billie Tarnove    tarnoveb@comcast.net
- Charles M Tatelbaum    cmt@trippscott.com, lxc@trippscott.com;jlr@trippscott.com;cvp@trippscott.com
- Barry Seth Turner    barry.turner@gmlaw.com, Bankruptcy@gmlaw.com
- Michelle O Valdes    mov@chaloslaw.com

### MASTER SERVICE LIST
### MANUAL NOTICE
### UNITY SHIPPING LINES, INC. et al.

Christopher G. Bass
411 Walnut St., #9147
Green Cove Springs FL 32043

Ashraf H Boutros
2100 East Sample Rd #202
Lighthouse Point, FL 33064

Richard T. Chapman
One O'Connor Plaza, 7th Flr.
P.O. Box 1969
Victoria TX 77902

Kunle Ogundele
POB 3382
Atlanta, GA 30302

David A. Samole, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Flr.
Miami FL 33134

Securities and Exchange Commission
801 Brickell Ave., Suite 1800
Miami FL 33131-4901

Jennifer Kowalewski
132 S. Seine Dr.
Upper Apartment
Buffalo NY 14227

Belvedere Shipping Co.
Law Office of CJ Farley, Inc.
140 Newport Center Dr.,
Suite 250
Newport Beach CA 92660-6977

Hartford Specialty Company
c/o Hartford Fire Ins. Company
Bankruptcy Unit T-1-55
Hartford Plaza
Hartford CT 06115

William M Iadarola
6B Liberty #245
Aliso Viejo, CA 92656

Steven Scarpa, Manager
Marin International Yacht Sales LLC
235 Posada Del Sol
Novato CA 94949

Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045
Stop 572
Jacksonville FL 32202

Internal Revenue Service
P.O. Box 7346
Philadelphia PF 19101-7346

Soneet R. Kapila
Kapila & Company
1000 S. Federal Highway, #200
Fort Lauderdale FL 33316

James F Martin
ACM Capital Partners
200 South Biscayne Blvd
7th Flr
Miami, FL 33131

Robert D. McIntosh
888 S.E. Third Ave., #500
Fort Lauderdale FL 33316

Unity Shipping Lines, Inc.
Mark Dawidowicz
c/o Robert Laplaca Levett Rockwood P.C.
33 Riverside Ave.
Westport CT 06880

Wendy Karzin
P.K. Sea Ltd.
499 N. Cannon Dr.
Beverly Hills CA 90210

Lloyd Taylor
1260 NW Naito Pkwy, Unit 402
Portland, OR 97209

Eric C. Thiel
Allen Von Spiegelfeld
Banker Lopez Gassler P.A.
501 East Kennedy Blvd., Suite 1500
Tampa FL 33602

U.S. Attorney Southern District of Florida
500 East Broward Blvd.
Fort Lauderdale FL 33394-3000

U.S. Attorney General's Office
US Department of Justice
950 Pennsylvania Ave.
Washington DC 20530-0001

Cynthia L. Koudela
P.O. Box 157
Bear DE 19701

Beluga Chartering GMBH
c/o Jonathan Skipp – Horr, Novak & Skipp
Two Datran Center, Suite 1700
9130 S. Dadeland Blvd.
Miami FL 33156

Gascoyne & Buillion, P.C.
77 Sugar Creek Center Blvd., Suite 280
Sugar Land TX 77478

Neal & Lynn Parker
10004 Rainier Ave. S.
Seattle WA 98178

James W. Roberts, III
411 Walnut St., #3824
Green Cove Springs FL 32043

Richard Keating
1815 Orlando Rd.
San Marino CA 91108

TW-PMR Holdings Ltd.
c/o Brian D. Gottlieb
Morgan, Olsen & Olsen, LLP
633 South Federal Hwy.
Suite 400A
Fort Lauderdale FL 33301

Flinter Shipping BV
c/o De Leo & Kuylenstierna P.A.
8950 S.W. 74th Court, Suite 1710
Miami FL 33156

Rum Jungle Properties, Ltd.
c/o Lawrence J. Forno
6615 Boynton Beach Blvd., Suite 200
Boynton Beach FL 33437

Stu Sposato
11 Stillwater Rd.
St. James NY 11780

Yamashita-Benefit One
Marine Systems, Inc.
c/o H.L. Todd
635 South Camino Real
Palm Springs CA 92264

Dartmore Assets Ltd.
c/o Gennifer Bridges Powell
Holland & Knight
200 South Orange Ave., Suite 2600
Orlando FL 32801

Thomas A. Ratchford
2809 Gulf Blvd.
Big Pine FL 33043

Ken Dubach
9786 North Foothills Hwy.
Longmont CO 80503

Anthony Lee and Tony Lee
16 Marlin Place
Manly, Queen
Australia 4179

PJ Pacific LLC
10101 Reunion Place, Suite 1000
San Antonio TX 78216

Dist. Mariner, S.A.
c/o Scott A. Orth, Esq.
3880 Sheridan St.
Hollywood FL 33021

Tobin & Reyes PA
5355 Town Center Rd., Suite 204
Boca Raton FL 33486

Raymond Paige
82860 Avenue 45
Indio CA 92201

Rebecca J. Patchin
18195 Kross Rd.
Riverside CA 98236

E.J.H. Holdings Ltd.
#200 2411 Dollarton Hwy.
North Vancouver BC
V7H 0A3, AK 11111
CANADA

Fred Fishman
P.O. Box 1551
North Myrtle Beach SC 29598

American Express Bank FSB
c/o Becket and Lee LLP
P.O. Box 3001
Malvern PA 19355-0701

Elliott Olson
517 17th St.
Santa Monica CA 90402

McCord Family Trust dtd 1/14/98
16111 Santa Barbara Ln.
Huntington Beach CA 92649

Mehmet & Jacqueline Bicakci
12071 Theta Rd.
Santa Ana CA 92705

Sinan Ikiz, Pagoni Investment
Law Offices of John C. Aktulut
36 East 20th St., 2nd Flr.
New York NY 10003

David F. Green
815 Interlaken Dr.
New Iberia LA 70563

Pure Luxury LLC
Charles L. Thittington
725 S.W. Higgins Ave., #C
Missoula MT 59803

Stan C. Stewart
P.O. Box 668
La Conner WA 98257

Ad Astra Charter, Inc.
Michael Bonn
Johnson and Colmar
2201 Waukegan Rd., Suite 260
Bannockburn IL 60015

Fatima Limited
c/o Roselvin Sanchez
Harper Meyer, LLP
201 South Biscayne Blvd., Suite 800
Miami FL 33131

Lisa Kathleen Bauer
809 S.E. 6th St.
Fort Lauderdale FL 33301

Gary Kunz
1611 N.E. Marine
Portland OR 97211

Urban Broadcasting Corp.
5601 Lee Hwy.
Warrenton VA 20187

Florida Great Lakes Charter Corp.
Attn:  Rose Avigliano
6120 River Rd.
Hodgkins IL 60525

Scott Stoner
P.O. Box 1036
Woodinville WA 98072

Ames United PTE Ltd.
Attn: Andy Chua
2 Jurong East
#05-01 IMM
Singapor

Jeff Fitzgerald
357 Cameron Dr.
Weston FL 33326

Larry & Jayne Hemmerich
37 Yew Lane
Friday Habor WA 98250

Kenneth Farst
c/o Dysinger & Assocs., LLC
249 S. Garber Dr.
Tipp Ticy OH 45371

Sailfish Sports, Inc.
782 N.W. 42nd Ave., Suite 343
Miami FL 33126

William I. Hayes
3830 Bal Harbor Blvd., #14
Punta Gorda FL 33950

Berdan Enterprises, LLC
Attn: Dan Rosenthal
501 Spectrum Cir.
Oxnard CA 93030

La Belletoile, SA
Javier Martinez-Campos
P.O. Box 1457
Naples FL 34106-1457

DOA Charter Ltd.
19 Garden St.
Gzira, Malta, FL 33316

Marin International Yacht Sales
Attn: Bryan Whitney
235 Posada Del Sol
Novato CA 94949

Chinese Polish Joint Shipping Co.
c/o John A. Orzel
Carroll, McNulty Kull LLC
120 Mountain View Blvd.
Basking Ridge NJ 07920

John J. Polischeck, Jr.
4346 Kahala Ave.
Honolulu HI 96816

Holo Kai LLC
Attn: Chase Leavitt
3511 Silverside Rd., Suite 105
Wilmington DE 19810

All Hawaii Cruises, Inc.
Attn: Gabriel Siu
1860 Ala Moana Blvd., Suite 414
Honolulu HI 96815

Ray Liska
c/o Anthony J. Pasante, Jr.
12750 High Bluff Dr., Suite 100
San Diego CA 92130

Air Marine Holding, Ltd.
Magella Management & Consulting
America
c/o Perry & Neblett, P.A.
2550 S. Bayshore Dr., #211
Miami FL 331313

Alan MacKenzie
c/o Hill, Betts & Nash LLP
1515 S.E. 17th St., Suite A115
Fort Lauderdale FL 33316

Michael Waite
355 Lake Rd.
Menasha WI 54952

NTG, Ltd.
Attn: Mark Felhofer
500 N. Franklin St.
Chicago I L 60654

Unity Shipping Lines, Inc., et al.
199 Marine Dr.
Blaine WA 98230

S & 3M, LLC
Attn: David Baker
1422 Woodland Dr.
Saline MI 48176

Mindy Bluewater Syndicate, LLC
Joseph Ehrlich
Losch & Ehrlich
425 California St., Suite 2025
San Francisco CA 94104

Leon G. Litchfield
c/o Scott P. Vaughn, Esq.
McGuireWoods, LLP
201 N. Tryon St., Suite 3000
Charlotte NC 28202

Carlo Lopez-Lay
P.O. Box 190816
San Juan PR 00919-0816

Integral Vision, LLC
c/o Jason M. Kettrick
Carney Badley Spellman, P.S.
701 5th Ave., Suite 3600
Seattle WA 98104

Mark and Kristine Brundell
c/o William B. Milliken, Esq.
Hayden, Milliken & Boeringer, P.A.
2121 Ponce de Leon Blvd.
Suite 730
Coral Gables FL 33134-5222

Christensen Brokerage East, LLC
c/o Forrest L. Preston
3570 Keith St., N.W.
Cleveland TN 37312

Angelika LLC
c/o Rupert P. Hansen
190 The Embarcadero
San Francisco CA 94105

Lodestar Limited
c/o Seymour H. Bucholz
100 Wall St., 20th Flr.
New York NY 10005

Plaza Vieja, S.A.
Laurie M. Chess, Esq.
Jones Walker LLP
201 South Biscayne Blvd., Suite 2600
Miami FL 33131

Duncan McIntosh Company, Inc.
c/o Michael Bohnstengel
Szabo Associates, Inc.
3355 Lenox Rd.
Atlanta GA 30326

New York State Dept. of Taxation &
Finance
Bankruptcy Section
P.O. Box 5300
Albany NY 12205-0300

Belvedere Shipping Co.
Attn: James Saddington
Scotia Centre, 4th Flr.
P.O. Box 268
George Town, Grand Cayman
BAHAMAS

Iren Dornier
c/o Aviation Enterprises, Inc.
105 West Buffalo St.
Warsaw NY 14569

Gary Gross
211 Island Dr.
Key Biscayne FL 33149

Hetherington Kingsbury Shipping Agency
P.O. Box 233
Banyo Old 4014
AUSTRALIA

Allegiance Crane & Equipment, LLC
2775 Sunny Isles Blvd., Suite 100
Miami FL 33160

American InfoSource LP, as agent for
T Mobile/T-Mobile USA Inc.
P.O. Box 248848
Oklahoma City OK 73124-8848

Steel Marine Towing & Salvage LLC
630 S.E. 18th Ave.
Pompano Beach FL 33060

Delight Express Co.
7F-5 No. 412 Chung Shan 2nd Rd.
Kaohsiung
TAIWAN R.O.C.

William Weimar
33623 170th Ave., S.E.
Auburn WA 98092

Scott W. Stewart Living Trust
Attn: Scott Stewart
700 Lake Shore
Grafton WI 53024

Keesal, Young & Logan
Attn: David D. Piper
400 Oceangate
P.O. Box 1730
Long Beach CA 90801

Estate of John Phelps
c/o Polly Phelps Sierk
2182 Marylwood Ct.
West Linn OR 97068

Robert A. Linden
Maureen A. Orr
16 River Dr.
Alamosa CO 81101

Sealog Steamship Agency s.r.l.
Via De Marini 53
19149 Genoa
ITALY

Philip R. Habegger
91 E. Rhododendron Dr.
Port Townsend WA 98368

Caisbrooke Shipping Ltd.
Bridge House
38 Medina Rd.
Cowes
PO31 7DA ENGLAND

Prospero LLC
Attn: Dirk Sachse
250 N. Hansard
P.O. Box 39
Lebanon OR 97355

The Woodland Group of Schools
Hong Kong Ocean Village Innovation
Ocean Way
Southampton UK S014 3JZ

Camera One LLC
Rodney A. Ohtani
1609-D Iwi Way
Honolulu HI 96816

James and Sarah Taylor
CMR 420 Box 256
APO, AE, Heidelberg,
GERMANY 09063

Atlantic Wind Marine, Inc.
Amado Arjona,
Avenide Samuel Lewis
y Calle 53 Edificio Omega
Ciudad de Panama Republicia de Panama

TSYS Merchant Solutions, LLC
Attn:  Legal Dept.
1601 Dodge St.
Omaha NE 68102

Broward 93, LLC
P.O. Box 3834
Houma LA 70361

Fowler White Burnett, P.A.
c/o J. Michael Pennekamp
1395 Brickell Ave., 14th Flr.
Miami FL 33131

Seabulk Towing, Inc.
c/o Legal Department
2200 Eller Dr., P.O. Box 13038
Fort Lauderdale FL 33316

David A. Ray, P.A.
David A. Ray, P.A.
901 S. Federal Highway
Suite 300
Ft. Lauderdale, FL 33316

22628670.1

Amix Heavy Lift, Ltd.
Michael E. Conroy
McAlpin Conroy, P.A.
80 S.W. 8th St., Suite 2805
Miami FL 33130

Bruce R. Clark
2701 Ebbtide Rd.
Corona Del Mar CA 92625

Fatima Limited
c/o George Harper, Esq.
Harper Meyer, LLP
201 S. Biscayne Blvd., Suite 800
Miami, FL 33131

Corey E Hoffman
3250 Mary Street #400
Coconut Grove, FL  33133

Fatima Limited
c/o Roselvin Sanchez
Harper Meyer LLP
201 South Biscayne Blvd., Suite 800
Miami, FL  33131

Tianjin Cosco Shipping Co., Ltd.
Attn:  Vince Xu
Guangzhou Ocean Plaza
20 Huacheng Ave Tianhe District
Guangzhou

Douglas D. Holthaus
Holthaus & Associates
419 La  Crescentia Dr.
San Diago, CA  92106

Lloyd Taylor
630 SW Alice Street
Portland OR  97219

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

UNITY SHIPPING LINES, INC., et al.

    Debtors.

_____/

SONEET R. KAPILA, Trustee in Bankruptcy
for Unity Shipping Lines, Inc., et al,

    Plaintiff,

vs.

MAERSK-RICKMERS U.S. FLAG
PROJECT CARRIER, LLC

    Defendant(s).

_____/

SONEET R. KAPILA, Trustee in Bankruptcy
for Unity Shipping Lines, Inc., et al,

    Plaintiff,

vs.

RICKMERS-LINIE (AMERICA), INC.

    Defendant(s).

_____/

Case No.: 13-16222-PGH
(Substantively Consolidated)

Chapter 7

Adv. Proc. No.:15-01080-PGH

Adv. Proc. No.:15-01089-PGH

### STIPULATION TO COMPROMISE CONTROVERSY BETWEEN TRUSTEE, MAERSK-RICKMERS U.S. FLAG PROJECT CARRIER, LLC, AND RICKMERS-LINIE (AMERICA), INC.

This stipulation ("Stipulation" or "Agreement") is entered on the date set forth below between the Trustee Soneet R. Kapila (the "Trustee" or "Plaintiff") as Chapter 7 Trustee in Bankruptcy for Unity Shipping Lines, Inc., et al. (the "Debtors") on the one hand, and Maersk-Rickmers U.S. Flag Project Carrier, LLC ("Maersk-Rickmers"), and Rickmers-Linie (America), Inc. ("Rickmers-Linie") (Maersk-Rickmers and Rickmers-Linie, collectively the "Defendants")

23974545\1

EXHIBIT "A"

on the other hand (the Defendants and the Trustee, collectively the "Parties"). The Parties hereby stipulate and agree as follows:

## RECITALS

WHEREAS, this action was commenced by the filing of voluntary Chapter 11 bankruptcy petitions for Unity Shipping Lines, Inc. (lead bankruptcy case number 13-16222-PGH), Yacht Path International, Inc. (bankruptcy case number 13-16247-PGH), Yacht Path Palm Beach, Inc. (bankruptcy case number 13-16261-PGH), and Unity Marine, Inc. (case number 13-16265-PGH) (each referenced as a "Debtor" and collectively referenced as "Debtors" and the Debtors are all substantively consolidated under case number 13-16222-PGH) on March 20, 2013 ("Petition Date");

WHEREAS, on November 13, 2013, this case was converted to one under Chapter 7 (ECF#378);

WHEREAS, Soneet R. Kapila is the duly appointed and qualified Chapter 7 Trustee;

WHEREAS, the Trustee contends that the Debtor made transfers totaling $200,000.00 to Maersk-Rickmers, and transfers totaling $130,000.00 to Rickmers-Linie (collectively, the "Transfers") within ninety days prior to the Petition Date;

WHEREAS, the Trustee contends that the Transfers are subject to avoidance and recovery pursuant to 11 U.S.C. §§ 547 and 550 (the "Claims");

WHEREAS, the Trustee commenced adversary proceedings against Maersk-Rickmers (adversary proceeding number 15-01080-PGH) and against Rickmers-Linie (adversary proceeding number 15-01089-PGH) on January 30, 2015 and February 3, 2015 respectively, seeking to avoid and recover the Transfers pursuant to 11 U.S.C. §§ 547 and 550;

WHEREAS, Defendants assert that they have defenses to such Claims;

2397454511

WHEREAS, by entering into this Stipulation, the Parties agree that no provisions of this Stipulation shall be construed as an admission of wrongdoing, culpability or liability with respect to the Claims; and

NOW THEREFORE, to resolve and settle the Claims and to avoid incurring further expenses to litigate an adversary proceeding, the Trustee, Maersk-Rickmers, and Rickmers-Linie agree as follows:

## SETTLEMENT TERMS AND PROVISIONS

NOW, THEREFORE, in light of the foregoing, and in consideration of the mutual promises and covenants of the Parties contained herein, as well as other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

1.    Recitals Incorporated.   The above recitals and prefatory phrases and paragraphs set forth above are true and correct and are hereby incorporated in full and made a part of this Agreement.

2.    Payment.   The Defendants shall pay a total of seventy-six thousand dollars ($76,000.00) (the "Settlement Amount") to the Trustee Soneet R. Kapila, as Trustee in Bankruptcy for Unity Shipping Lines, Inc., within thirty (30) days of the date on which the order entered by the Bankruptcy Court approving this Stipulation becomes a Final Order,[1] in settlement of his Claims against both Maersk-Rickmers and Rickmers-Linie for avoidance and recovery of the Transfers, conditioned upon clearance of such funds and Bankruptcy Court approval of this Stipulation.

3.    Releases. Upon payment and clearance of the Settlement Amount and approval of

---

[1] The order shall become a Final Order when the time for seeking reconsideration or reargument or taking an appeal has expired or, in the event an appeal has been taken, the day the order has been affirmed with no further right of appeal, reconsideration or reargument.

239745451

this Agreement by Final Order of the Bankruptcy Court, Maersk-Rickmers and Rickmers-Linie forever release, discharge, and waive, and shall be deemed to have released, discharged, and waived, any and all claims, liabilities, costs (including attorneys' fees and costs), causes of action, actions, rights, debts, charges, demands, contracts, covenants, representations, warranties, accounts, setoffs, obligations, damages, and any other liability whatsoever, whether at law or equity, known or unknown, liquidated or unliquidated, contingent or fixed, direct or indirect, that they may have against the Trustee, his professionals, and the bankruptcy estate (the "Estate"), including, without limitation, any claim within the Estate for payment of the Settlement Amount pursuant to 11 U.S.C. §502(h). Upon payment and clearance of the Settlement Amount and upon the order by the Bankruptcy Court approving this Agreement becoming final and non-appealable, the Claims shall be deemed settled, released, satisfied, and discharged, and the Trustee, on behalf of himself, his professionals, the Debtor and the Estate, shall be deemed to have forever released, discharged, and waived, and any and all other claims, causes of action, actions, rights, debts, charges, demands, contracts, covenants, representations, warranties, accounts, setoffs, obligations, damages, costs (including attorneys' fees and costs) and any other liability whatsoever, whether at law or equity, known or unknown, liquidated or unliquidated, contingent or fixed, direct or indirect, of the Trustee, the Debtors, and their bankruptcy Estates against Maersk-Rickmers and Rickmers-Linie.

    4.    <u>Bankruptcy Court Approval and Retention of Jurisdiction.</u> The Parties are aware that this Stipulation must be noticed to all creditors and must be approved by the Bankruptcy Court. In the event that it is not approved, this Stipulation shall be deemed null and void and of no legal effect, including the validity of any and all instruments executed by the Trustee for its performance and implementation prior to its approval; the Settlement Amount (if already paid)

23974545\1

shall be returned to the Defendants (or to the particular Defendant that paid the Settlement Amount), and the Parties shall be restored to their respective positions as they existed prior to the execution of the Stipulation. The Parties shall request that the Court enter an Order approving this Stipulation, and reserving jurisdiction to enforce the terms and covenants contained herein.

5.   No Other Agreements; Modification. This Stipulation contains the entire understanding and agreement of the Parties, and there are no prior or contemporaneous promises, representations, agreements, warranties, or undertakings by either party to the other, either oral or written of any character or nature, except as set forth in this Agreement. This Stipulation may be altered, amended, or modified only by an instrument in writing, executed and acknowledged by the Parties to this Agreement, with the same formality as this Agreement, and by no other means. Each party waives any right to claim that this Stipulation was modified, canceled, superseded, or changed by an oral agreement, course of conduct, or estoppel.

6.   No Admission. This Stipulation does not constitute an admission by the Parties of any wrongful action or violation of any federal or state statutory or common law rights, or any other possible or claimed violation of law or rights. The Parties have entered into this Stipulation solely for the purpose of compromise and amicable settlement, and the settlement should not be construed as an admission of liability by anyone.

7.   Applicable Law. All matters affecting the execution, interpretation, validity, and enforceability of this Stipulation shall be subject to, and interpreted under, federal bankruptcy law, as well as the laws of the State of Florida to whatever extent bankruptcy law relies upon state law.

8.   No Presumptions Against Drafter. The fact that any draft of this Stipulation was prepared by counsel for one of the Parties shall create no presumptions, and, specifically, shall

239745451\1

not cause any ambiguities to be construed against that party. The Parties acknowledge that each has contributed toward the drafting of this Stipulation, and that this Stipulation is the result of negotiations between the Parties.

9.    Failure to Require Performance. The failure of either party at any time to require the performance of the other of any of the terms, provisions, or conditions hereof shall in no way affect the right thereafter to enforce the same, nor shall the waiver by either party of the breach of any of the terms, provisions, and conditions hereof, be construed or be deemed a waiver of any succeeding breach of any term, provision, or condition hereof.

10.    Understanding of Terms. The Parties acknowledge that each fully understands all of the terms and obligations of this Stipulation, and each believes the same to be fair, just, equitable, reasonable, fully acceptable, and not unconscionable.

11.    No Duress. The Parties enter into this Stipulation freely and voluntarily. Neither party has been the subject of any duress, undue influence, fraud, or coercion in entering into this Stipulation.

12.    Advice of Counsel. All Parties to this Stipulation acknowledge that they have had the benefit and assistance of the representation of their own separate and independent attorneys to advise them of their rights and obligations under this Stipulation, and they are also aware of what their rights would be in the absence of this Stipulation.

13.    Binding Effect. This Stipulation shall be binding upon the Parties hereto and shall also be binding upon and inure to the benefit of the heirs, assigns, personal representatives, and successors of the respective Parties.

14.    Counterparts. This Stipulation may be executed in two or more counterparts, including facsimile and e-mail counterparts, none of which need contain signatures of all of the

23974545\1

Parties hereto, each of which will constitute an original, and all of which, taken together, shall constitute one and the same agreement.

15.    Authority.  Each party to this Stipulation represents that it is duly authorized to execute this Stipulation and that the Parties through whom each party executes this Stipulation are fully and duly empowered and authorized to execute same on the respective party's behalf.

16.    Date of Stipulation.  The date of this Stipulation is the date on which the last of the Parties executes a copy of it.

17.    Fees and Costs.  Each party shall bear its own costs and attorney's fees in connection with this Agreement, the Complaint, and the pending Adversary Proceeding.

18.    Captions.  The captions of the various paragraphs in this Stipulation are for convenience only, and none of them is intended to be any part of the text of this agreement, or intended to be referred to in construing any provision of it.

19.    Notices.  Any notices required by this Stipulation must be given either in writing by U.S. Mail, certified/return receipt requested, express mail service, or facsimile to the Parties as follows:

To the Trustee:

Michael R. Bakst, Esq. and
Rilyn A. Carnahan, Esq.
Greenspoon Marder, P.A.
One Clearlake Centre
250 Australian Avenue, Suite 700
West Palm Beach, FL 33401
Telephone: (561) 838-4523
Facsimile:  (561) 514-3423

To Maersk-Rickmers:

Joshua C. Prever
Morgan Lewis & Bockius LLP
200 South Biscayne Boulevard – Suite 5300

23974545\1

Miami, Florida 33131-2339
Telephone: (305) 415-3000
Facsimile: (305) 415-3001
Email: jprever@morganlewis.com

To Rickmers-Linie:

Wayne Rohde, Esq.
Cozen O'Connor
The Army and Navy Building
1627 I Street, NW
Suite 1100
Washington, D.C. 20006
Telephone: (202) 912-4800
Facsimile: (202) 861-1905
Email: WRohde@cozen.com

IN WITNESS WHEREOF, the Parties hereto have set their hands and seals to this to this
settlement agreement on the date specified below.

MAERSK-RICKMERS U.S. FLAG
PROJECT CARRIER, LLC

Printed: Stephen M. Carmel
Title/Capacity: Manager
Dated: 8/3/2015


SONEET R. KAPILA, TRUSTEE

Soneet R. Kapila
as Trustee in Bankruptcy for
Unity Shipping Lines, Inc., et al
Dated: 7/31/15


RICKMERS-LINIE (AMERICA), INC.

Printed:
Title/Capacity:
Dated:


23974545\1